UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND, GREENBELT DIVISION

In re:                                                                : Case No.
                                                                         Chapter 13
   Placido Salazar                                 : Rule 2016(b) - Statement of
   & Maria N. Salazar
      Debtors                                  : Attorney Compensation
_____

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

    1.    Pursuant to 11 U.S.C. sec. 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept............................ $325 per hour

    Prior to the filing of this statement, I have received ............ $8,000 hourly retainer plus the
     Court's $274 filing fee

    Balance Due......................................................................$325 per hour

Counsel has agreed to file one adversary proceeding to enforce debtors' rights under the Truth in Lending Act, in addition to filing this bankruptcy case. In addition, Debtors have agreed to pay counsel $325 per attorney hour, $175 per law clerk hour, and $125 per paralegal hour, plus all costs for any services rendered in connection with this case, as is more fully set forth in the parties' Legal Services Agreements, which contain, *inter alia*, provisions regarding fee rate increases, interest due on unpaid balances, collection costs for collection of unpaid fees, assignment of (and lien on) certain property to counsel to secure payment of counsel's fees and costs, and the Debtors' obligations owed to counsel in this case, a copy of which is available to the Court or the trustee upon request, with any post-petition fee balance to be paid directly by the Debtors or by the trustee under the plan.

**Flat fee rates for additional services, plus costs.** I have the option of performing the following services on a flat fee basis (otherwise my hourly rates will apply): $600 to prepare a response to a motion for relief from the automatic stay and negotiate a resolution at least two days prior to the hearing; $600 to respond to a notice of default under the terms of a consent order modifying the automatic stay, or the trustee's motion to dismiss the case, and negotiate a resolution at least two days prior to the hearing; $350 to resolve by consent at least two days prior to the first scheduled hearing a trustee's line requesting an order denying plan confirmation without leave to amend; $600 to prepare a motion to modify the plan and obtain acceptance without objection at least one day prior to the scheduled hearing; $750 to prepare a motion to value the debtor's vehicle or other personal property and negotiate a resolution at least two days prior to the hearing; $1,250 to prepare a motion to avoid a lien on the debtor's real property and negotiate a resolution at least two days prior to the first scheduled hearing; $1,050 to convert the case to one under chapter 7 of the Bankruptcy Code and attend the first scheduled Meeting of Creditors; $1,250 to prepare the pleadings necessary to obtain court approval without contest to refinance or get a loan and determine and advise you of the possible consequences of your request, and $1,325 to prepare the pleadings necessary to obtain court approval without contest to sell property and determine and advise you of the possible consequences of your request; $325 to prepare for each hearing on plan confirmation after the first scheduled hearing; $500 to respond to an objection to plan confirmation or modification and negotiate a resolution at least two days prior to the first scheduled hearing; $325 to prepare an amendment to a schedule; $350 to prepare a chapter 13 plan amendment; $750 to prepare a claim objection and negotiate a resolution at least two days prior to the first scheduled hearing; $2.50 per addressee plus postage in excess of $0.44 per addressee to serve any

notice on creditors with a minimum fee of $50 per notice; $750 to travel to Greenbelt to attend a court hearing or second meeting of creditors (if I attended the first meeting), plus my $325 hourly rate for the time I spend in court or at the creditors meeting over one hour. If Robert J. Haeger, or any other firm with which he becomes associated, increases his flat fees or his hourly rates for attorney, paralegal, or law clerk time at any time during the course of this representation, the higher rates shall be deemed substituted for the initial rates described in this agreement.

2.  The source of the compensation paid to me was:   Debtor

3.  The source of compensation to be paid to me is:   Debtor

4.  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.  In return for the above-disclosed fee, I have agreed to render legal service for the following aspects of this bankruptcy case:

    All the services required in every bankruptcy case through plan confirmation and as otherwise required by the Court's Local Rules.

6.  By agreement with the debtor, the above-disclosed fee does not include the following services: Adversary proceedings (other than one AP to enforce debtors' TILA rights), Appeals, U.S. Trustee audits, and other litigation matters for which a new retainer agreement will be required.

    **see the *Debtor's Acknowledgment of Limited Representation* herein for statement of excluded services; this clause supersedes #5 above.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtors in this bankruptcy proceeding.

*/s/ Robert J. Haeger, January 1, 2010*
Robert J. Haeger, Bar No. 25434
9535 Fern Hollow Way
Gaithersburg, MD 20886-1430
(301) 670-9787; www.haegerlaw.com
Board Certified - Consumer Bankruptcy Law –
American Board of Certification
Attorney for Debtor

**DEBTOR'S ACKNOWLEDGMENT OF LIMITED REPRESENTATION**

I, Placido Salazar, and I, Maria N. Salazar (collectively, "Debtor"), hereby acknowledge that Robert J. Haeger's representation of me in this Chapter 13 bankruptcy case excludes representation of me in any adversary proceeding, other than one AP to enforce our TILA rights, appeals, or U.S. Trustee audit. In addition, I have read and agree with the statements made in the foregoing *Rule 2016(b) Statement of Attorney Compensation* of Robert J. Haeger, and in our Legal Services Agreements. Finally, if I am unwilling or unable to pay Mr. Haeger for his time, I hereby consent to his withdrawal as my attorney of record in this case upon five days mailed written notice to me of his intention to withdraw, with further notice to me that I must have new counsel enter an appearance or notify the Clerk that I will be proceeding without counsel.

*/s/ Placido Salazar, January 1, 2010*          */s/ Maria N. Salazar, January 1, 2010*
Placido Salazar                                  Maria N. Salazar