UNITED STATES BANKUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Placido Salazar | : | Case No. 10-10165 TJC |
| Maria N. Salazar | : | Chapter 13 |
| | : | |
| Debtors | : | |

**OBJECTION TO EXEMPTIONS**

Comes now, Nancy Spencer Grigsby, by her attorney, Mary Park McLean, and objects to the exemptions claimed by the debtor and for reasons states:

1. This Chapter 13 case was filed on January 5, 2010.

2. The debtor has cited to Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) to claim as exempt $1.00 in an unknown value in a contingent and un-liquidated consumer protection action.

3. The Trustee is filing this objection to clarify that pursuant to the decisions contained within *In re Forti*, 224 B.R. 323 (Bankr. D. Md. 1998) and progeny, the debtor's recovery, if any, under such actions will be limited to the claimed $1.00 amount.

4. In light of recent bankruptcy court rulings citing the Trustee's failure to timely object to exemptions -- even where the value of the underlying exemption or asset is left undisclosed or of an unknown value -- make necessary objections by the Trustee. See, *In re Soost*, 262 B.R. 68 (8th Cir BAP 2001), where the Court discussed the problems in claiming exemptions of unknown amounts. Also see, *In re Bienz*, 2008 WL 232562 (Bankr. S.D. Tex. 2008) (where the Trustee's failure to object to Debtor's exemptions resulted in the award of all personal injury proceeds of "unknown" value to the Debtor).

WHEREFORE, for the foregoing reasons, the Trustee moves that this Honorable Court limited the exemption claimed by the debtor on Schedule C to the claimed $1.00 exemption amount, and for such other and further relief as to this Honorable Court may deem necessary and proper.

Date: March 12, 2010                    Respectfully submitted,

                                                            Nancy Spencer Grigsby
                                                            Chapter 13 Trustee
                                                            By Counsel

                                                           /s/ Mary Park McLean

1

          Federal Bar No. 25580
          4201 Mitchellville Road
          Suite 401
          Bowie, Maryland 20716
          Tel. (301)809-6084
          Fax 301-805-9577
          E-mail: mmclean@ch13md.com
          ngrigsby@ch13md.com

## NOTICE PURSUANT TO LOCAL RULE 4003-1

**PLEASE TAKE NOTICE THAT:  (1) any opposition to the Objection must be filed with the Court and served on the Chapter 13 Trustee at the address provided above within twenty-eight (28) days after the date on the Certificate of Service; and (2) the Court may rule upon the Objection and any response thereto without a hearing.**

## POINTS AND AUTHORITIES

U.S. Bankruptcy Code, Section 522 (b)
Maryland Annotated Code, Courts and Judicial Proceedings Article, Section 11-504.
Fed. R. Bankr. Proc. 4003 and Local Rule 4003-1.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid on March 12, 2010 to:

Placido Salazar
Maria N. Salazar
604 Eldrid Drive
Silver Spring, MD 20904

Robert Haeger, Esquire
9535 Fern Hollow Way
Gaithersburg, MD 20886

                                  /s/Mary Park McLean
                                  Mary Park McLean