IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 10-10165 (TJC) |
| | : | |
| PLACIDO SALAZAR | : | |
| | : | |
| and | : | |
| | : | |
| MARIA N. SALAZAR | : | |
| | : | |
| Debtors. | : | Chapter 13 |

OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Toyota Motor Credit Corporation (hereinafter, "TMCC"), by and through its undersigned

attorney, Fredric A. Press, hereby respectfully submits this Objection (the "Objection")  to

Confirmation of Debtor's Chapter 13 Plan (the "Plan") pursuant to Bankruptcy Rule 3015(f), for

the reasons that:

1.      On April 16, 2007, Debtor Maria N. Salazar ("Debtor") entered into a Retail

Installment Contract (the "Contract") with 355 Toyota for the purc hase of a 2007 Toyota

Tundra 4-Wheel Crew Cab, Vehicle Identification No. 5TBDV58127S462878 (the "Vehicle").

The Contract was subsequently assigned to Respondent.

2.      Pursuant to the terms of the Contract, a true and correct copy of which is attached

hereto as Exhibit 1, and hereby made a part hereof, Debtor agreed to make 72 monthly payments

of $870.00 each for a total amount of $49,003.38.

3.      To secure payment of all monies owed to TMCC under the Contract, the Contract granted to TMCC a security interest in the Vehicle.

4.      TMCC duly perfected its security interest in the Vehicle, by causing the Motor Vehicle Administration of the State of Maryland to issue a Notice of Security Interest Filing as to the Vehicle showing TMCC as the first and only lienholder.  A copy of the foregoing Notice is attached hereto as Exhibit #2.  As noted thereupon, except for TMCC, there are no other lienholders or others holding a security interest in the Vehicle.

5.      Debtors' Plan purports to value the Vehicle at $26,600.

5.      On February 17, 2010, Debtor filed a Motion to Value Collateral and to Avoid Security Interest of Respondent Pursuant to 11 U.S.C. (the "Motion").  Simultaneously with the filing of this Objection, TMCC filed its Response to the Motion.  A true and correct copy of TMCC's Response is attached hereto as Exhibit #3 and it is hereby incorporated by reference For the reasons set in paragraph 6 of TMCC's Response, which is incorporated herein by reference, Debtor's valuation is incorrect.  Furthermore, as noted in paragraph 9 of TMCC's response, the (i) total monthly payments which Debtor proposes to make under the Plan may be inadequate to cover the payments required for 100% payment to TMCC and for 100% payments to other creditors, and Trustee fees, as proposed, and (ii) Contract requires that Debtor maintain insurance on the Vehicle, but, on information and belief, Debtor has allowed the insurance coverage to expire, and has not obtained replacement coverage.  It is well-settled that a debtor's failure to maintain insurance on a vehicle can constitute a lack of adequate protection, due to the inherent mobility and the risk of damage attendant to ordinary use of that type of vehicle.

6.      TMCC notes that the Docket indicates that confirmation hearing regarding the

Plan is scheduled for March 30, 2010.  However, the hearing on Debtor's Motion to establish the

valuation of the Vehicle is not scheduled until April 22, 2010.  Debtor initiated the dispute as to

valuation by the filing of the Motion and the matter cannot be resolved until the hearing on the

Motion is held.

7.      In addition, TMCC hereby requests that this Court award TMCC its attorneys fees

of $280.00 which TMCC was forced to incur in filing thisOto Debtor's Chapter 13 Plan for the

reasons aforesaid.

WHEREFORE, Toyota Motor Credit Corporation requests that this Court deny

confirmation of the Debtor's Chapter 13 Plan for the reasons aforesaid and award TMCC

attorneys fees in the amount of $280.00, as aforesaid.

Dated: March 19, 2010

Respectfully submitted,


  /s/ Fredric A. Press
Fredric A. Press
Press & Associates, LLC
7910 Woodmont Avenue
Suite 810
Bethesda, MD 20814
Federal Bar #22922
(301) 913-5200

CERTIFICATE OF SERVICE

I hereby certify that, on March 19, 2010, I served electronically or mailed via first-class, postage-prepaid, the foregoing Objection to Confirmation of Debtor's Chapter 13 Plan and the accompanying draft Order denying confirmation of the Plan to the following persons:

Placido Salazar
604 Eldrid Drive
Silver Spring, MD 20904
Debtor

Maria N. Salazar
604 Eldrid Drive
Silver Spring, MD 20904
Debtor

Robert Haeger
9535 Fern Hollow Way
Gaithersburg, MD 20886
Attorney for Debtors

Nancy L Spencer Grigsby
4201 Mitchellville Rd. Ste 401
Bowie, MD 20716
Trustee

    /s/ Fredric A. Press
        Fredric A. Press