**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

In Re:

**Placido Salazar**  Case No. **10-10165 TJC**
**Maria N. Salazar**  Chapter 13
 Debtor(s)

**OBJECTION TO CONFIRMATION**

Nancy Spencer Grigsby, Chapter 13 Trustee in the above-captioned case ("Trustee"), pursuant to section 1325, generally, of the Bankruptcy Code and Bankruptcy Rule 3015 (f) objects to confirmation of the Debtor(s) Chapter 13 plan. In support of her motion, the Trustee respectfully represents the following:

1. This Chapter 13 case was filed on 01/05/2010. The Debtor's Chapter 13 Plan was filed 01/05/2010 (the "Plan"). The Plan calls for payments of $555.00 per month for 60 months.

2. The Debtor(s) has failed to make the payments proposed under the Plan. At this time, three payments are due in the total amount of $1,665.00. The Trustee has received $695.06. Accordingly, the Debtor has not demonstrated that the Plan is feasible.

3. There is a pending Objection to Confirmation of the Plan filed by TMCC.

4. There is a pending Objection to Debtor's Claim of Exemptions filed by the Trustee.

5. There is a pending Motion for Valuation of Collateral filed by the Debtors with a hearing scheduled for 04/22/2010.

6. The Debtor(s) have failed to file a pre-confirmation certification pursuant to Administrative Order 06-01.

7. The Trustee will require the Debtor to provide a copy of the 2009 income tax returns prior to recommending confirmation of the plan.

8. The Plan fails to provide for the receipt of all non-exempt income tax refunds towards plan funding.

9. Given all of the above, the Trustee also questions whether the Debtor(s) has demonstrated a sincere desire to reorganize his/her debts and has presented a Chapter 13 Plan in good faith.

**WHEREFORE**, the Trustee cannot recommend confirmation of the Plan.

Respectfully submitted,

Date:  April 5, 2010    **/s/ Nancy Spencer Grigsby**
Nancy Spencer Grigsby
Chapter 13 Trustee
4201 Mitchellville Road #401
Bowie, Maryland 20716
ngrigsby@ch13md.com
mmclean@ch13md.com

### CERTIFICATE OF SERVICE

I hereby certify that this Objection to Confirmation was served on April 7, 2010 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

Placido Salazar
Maria N. Salazar
604 Eldrid Drive
Silver Spring, MD 20904
*Debtor(s)*

Robert Haeger
9535 Fern Hollow Way
Gaithersburg, MD 20886
*Attorney for Debtor(s)*

**/s/ Nancy Spencer Grigsby**
Chapter 13 Trustee