THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: : | |
| Placido Salazar : | Case No. 10-10165-TJC |
| and Maria N. Salazar : | |
| Debtors : | Chapter 13 |

### ORDER AMENDING ORDER SUSTAINING EXEMPTION OBJECTION

Upon consideration of the debtors' motion to amend an order of this court, and the response thereto, if any, good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion be and it hereby is GRANTED; and it is further

ORDERED, that this court's **ORDER SUSTAINING OBJECTION TO EXEMPTIONS**, entered herein on May 19, 2010, IS HEREBY AMENDED to grant the following relief ONLY: ORDERED, that the Trustee's Objection to Exemptions is sustained and the exemption taken by the debtors in a contingent and un-liquidated consumer protection action with an unknown value is disallowed to the extent it exceeds $1.00.

**End of Order**

cc: All parties