UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| In re: | * | | |
| PLACIDO SALAZAR<br>MARIA N. SALAZAR | * | Case No.: | 10-10165 TJC |
| Debtor(s) | * | Chapter: | 13 |

| | | | |
|---|---|---|---|
| Plaintiff(s) | * | Adversary No.: | 10-101 |
| Placido Salazar<br>Maria N. Salazar | * | | |
| | * | | |
| VS. | | | |
| Defendant(s)<br>First Residential Mortgage Services Corp. | * | | |
| Wells Fargo Bank, NA...Series 2007-AC2 | * | | |
| EMC Mortgage Corporation | * | | |

3rd Party Plaintiff                    *
-----------------------
First Residential Mortgage Services Corporation *

VS.                                    *

3rd Party Defendant
-----------------------
First American Title Insurance Co., Inc.    *

Excellente Settlements, Inc.           *


Cross-Claimant
-----------------------
First American Title Insurance Co., Inc.    *

VS.                                    *

Cross Defendant
-----------------------
Excellente Settlements, Inc.           *


*     *     *     *     *     *     *     *     *     *     *     *

### CHAPTER 13 TRUSTEE'S <u>LIMITED</u> OBJECTION TO DEBTOR-PLAINTIFF'S MOTION TO APPROVE LOAN MODIFICATION SETTLEMENT AND COMPROMISE OF CONTROVERSY, DEBTOR-PLAINTIFF'S NOTICE OF PROPOSED LOAN MODIFICATION SETTLEMENT AND COMPROMISE OF CONTROVERSY, AND PROPOSED ORDER

Nancy Spencer Grigsby, Chapter 13 Trustee, objects herein to paragraph 5 (b) of the Motion to Approve Loan Modification Settlement and Compromise of Controversy and paragraph (b) in the section entitled "The Settlement" of the Notice of Proposed Loan Modification Settlement and Compromise of Controversy to the extent that any statement or assertion regarding Debtor-Plaintiff's Attorney Fees should be specifically excluded for separate ruling upon the filing of an Application for Compensation and Fees.  The Trustee objects to the form of proposed order submitted by Debtor-Plaintiff because it broadly encompasses approval of the Motion, and infers that Debtor-Plaintiff's escrowed mortgage payments "*defacto* pay[s] Debtors' attorney's fees and costs."   Indeed, Counsel's fees have no part in the settlement of the adversary proceeding or the Motion to Compromise Controversy filed in the Debtors' chapter 13 case  and should be reserved for further ruling.

WHEREFORE, the Trustee requests this Honorable Court consider entry of the attached proposed Order which specifically excludes any ruling on Debtor-Plaintiff's Counsel Fees, and which are subject to further review and approval upon the filing and proper service of the Application for Compensation and Fees.

Dated:  April 11, 2013                    Respectfully submitted,

/s/Nancy Spencer Grigsby
Nancy Spencer Grigsby
Chapter 13 Trustee
4201 Mitchellville Rd., Suite 401
Bowie, MD 20716
Ph. 301-805-4700
ngrigsby@ch13md.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2013, to the extent that the following parties were not served electronically via the CM/ECF system, I caused a copy of the above referenced pleading to be sent, by First Class U.S. Mail, postage prepaid to:

EMC Mortgage Corporation
c/o Chad King, Esq.
888 Bestgate Road, Suite 313
Annapolis, MD 21401

Chad King
Simcox and Barclay, LLP
888 Bestgate Road
Suite 313

Annapolis, MD 21401

Patricia B. Jefferson
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202

Excellente Settlements, Inc.
c/o Steven A. Solomon
51 Monroe St.
Suite 1505
Rockville, MD 20850

First Residential Mortgage Services Corporation
c/o Susan J. Klein, Esquire
Gordon, Feinblatt et al.
233 East Redwood Street
Baltimore, MD 21202

John Lee
Gordon Feinblatt
233 E. Redwood Street
Baltimore, MD 21202

Placido Salazar
Maria N. Salazar
604 Eldrid Drive
Silver Spring, MD 20904

Robert Haeger
Haeger Law
11403 Seneca Forest Circle
Germantown, MD 20876


Date:   April 11, 2013                    /s/ Nancy Spencer Grigsby
                                          Nancy Spencer Grigsby
                                          Chapter 13 Trustee