

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at GREENBELT

| | |
|---|---|
| In Re: | |
| Placido Salazar and Maria N. Salazar | Case No.    10-10165-TJC |
| Debtor | Chapter    13 |

## ORDER

Before the court is an application for compensation filed by Robert Haeger, the debtor's attorney, seeking compensation in the amount of $65,764.93[1] plus $1,367.67 for out-of-pocket expenses for a total amount of $67,132.60, of which he has previously received $8,274.00.  He asks that the net fee and cost award of $58,858.60 should be paid from an escrow account created into which the debtors paid their monthly mortgage payments pending litigation.  *See* Docket no. 87 at 9-10.  Nancy Grigsby, the Chapter 13 Trustee, objected to the application, Docket No. 89, and the debtor filed a response to the objection. Docket No. 93.  The court held a hearing on the application on October 1, 2013, and issued a ruling from the bench on October 3, 2013.  For the reasons set forth on the record at the hearing on October 3, 2013, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

---

[1] Applicant has included a courtesy reduction of $8,490.07.

ORDERED, that Mr. Haeger is awarded fees in the amount of $65,742.50, consisting of (1) $58,492.50 fees for the adversary proceeding; (2) $5,500.00 for fees in connection with the chapter 13 case; (3) $1,750.00 fees for the mortgage loan modification work and for defending the fee application; as well as costs in the amount of $1,367.67, for a total award of fees and costs of $67,110.17and it is further

ORDERED, that applicant has previously received $8,274.00, resulting in a net award of fees and costs in the amount of $58,836.17; and it is further

ORDERED, that applicant may withdraw the funds in the mortgage loan escrow account and apply them to his fee and cost award provided he retains a balance of $27,677.00, which amount represents the debtors' monthly loan payment under the loan modification of $1,383.85 over 20 months, and which shall remain in the escrow account on a decreasing basis to ensure that the debtors are able to make their monthly mortgage payments. Beginning November 1, 2013, applicant may withdraw $1,383.85 from the escrow account every month after the debtors have made their monthly payment to their lender, and apply that amount to the fee and cost award until paid in full.

cc:    Debtors
       Debtor's counsel
       Trustee
       United States Trustee

**<u>END OF ORDER</u>**